USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                            :

RICARDO VELASQUEZ,                 :

                                  :

              Plaintiff,        :

                                  :        25-cv-5232 (LJL)

     -v-                      :

                                  :          ORDER

ZNN DELI GROCERY LLC d/b/a ZNN DELI &  :
GROCERY, et al.,             :

                                  :

             Defendants.     :

                                  :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

By Order dated February 27, 2026, the Court directed Plaintiff to file a motion for default judgment by April 27, 2026 and scheduled a hearing on the motion for May 22, 2026. Dkt. No. 24. Plaintiff has not filed a motion for default judgment. Accordingly, the hearing scheduled for May 22, 2026 is canceled.

Plaintiff is directed to file a letter regarding the status of this case by May 21, 2026.

SO ORDERED.

Dated: May 15, 2026
      New York, New York                  _____
                                     LEWIS J. LIMAN
                             United States District Judge