UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

RICARDO VELASQUEZ,

                        Plaintiff,

      -v-

ZNN DELI GROCERY LLC d/b/a ZNN DELI &
GROCERY, et al.,

                    Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  05/22/2026

25-cv-5232 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court sets the following schedule:

Plaintiff shall file any motion for default judgment by July 17, 2026.  Responses to the motion shall be due August 7, 2026.  A telephonic default judgment hearing is scheduled for August 21, 2026 at 11:00 a.m.  Parties are directed to dial into the Court's teleconference line at (646) 453-4442 and use Conference ID# 358639322.  Plaintiff shall serve this order on Defendants and file proof of service on the docket.  Plaintiff also shall serve the motion for a default judgment on Defendants and proof of service on the docket.

      SO ORDERED.

Dated: May 22, 2026
      New York, New York
                                      LEWIS J. LIMAN
                             United States District Judge